UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Rackley,</u>
       Plaintiff(s),

    V.

<u>Norfolk Financial Corporation,</u>
       Defendant(s),

CIVIL ACTION

NO. <u>05-40192-FDS</u>

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

    The Court having been advised on <u>   July 31, 2006   </u> that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                               By the Court,

<u>   August 1,  2006   </u>                <u>/s/ Martin Castles   </u>
      Date                                         Deputy Clerk